MORGAN, LEWIS & BOCKIUS LLP
JOSEPH DUFFY (SBN 241854)
CHRISTINA L. SEIN (SBN 229094)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: jduffy@morganlewis.com
         csein@morganlewis.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE R. ROYSE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK,<br><br>Defendant. | Case No. 11CV2255 LAB CAB<br><br>**DEFENDANT CHASE BANK USA, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, and Request for Judicial Notice]<br><br>Hearing<br>Date:      January 23, 2012<br>Time:      11:15 a.m.<br>Judge:    Larry A. Burns<br>Courtroom: 9 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22747050.1

1

CASE NO. 3:11-CV-02255-LAB-CAB
DEFENDANT CHASE 'S NOTICE OF
MOTION AND MOTION TO DISMISS CLASS ACTION

**PLEASE TAKE NOTICE** that on January 23, 2012, at 11:15 a.m. or as soon thereafter as this matter may be heard in Courtroom 9 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California 92101, the Honorable Larry A. Burns presiding, Defendant Chase Bank USA, N.A. ("Chase"), wrongfully named JP Morgan Chase Bank, will move, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Class Action Complaint filed by Plaintiff Lucille Royse ("Plaintiff") on the grounds that the Court lacks subject matter jurisdiction over the Complaint, and that it fails to state a claim upon which relief may be granted.

First, the Court lacks subject matter jurisdiction over Plaintiff's claim because she has failed to establish diversity jurisdiction under 28 U.S.C. § 1332. As the party invoking this Court's jurisdiction, Plaintiff bears the burden of establishing the Court's subject matter jurisdiction. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001); *Thompson v. McCombe*, 99 F.3d 352, 353 (9th Cir. 1996). In her Complaint, Plaintiff fails to allege that the amount in controversy exceeds $75,000 or $5,000.000, as required to invoke this Court's diversity jurisdiction; nor could she, as a review of her allegations demonstrate that the claims do not come close to meeting these thresholds. Additionally, Plaintiff fails to even plead her own citizenship. As a result, the Court should dismiss Plaintiff's Complaint with prejudice for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1).

Second, the Court should dismiss Plaintiff's Complaint because she has made no showing that Chase violated California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. § 1788 *et seq*. Plaintiff's claim fails because the purportedly false statements in a letter sent on behalf of Chase to Plaintiff are true and accurate and, even under the least sophisticated debtor standard, Plaintiff's reading of the statements is idiosyncratic. *See Gonzales v. Arrow Financial Services, LLC*, No. 10–55379, 2011 WL 4430844 (C.A. 9 (Cal.) Sept. 23, 2011). Accordingly, Plaintiff's Complaint should be dismissed with prejudice, pursuant to Rule 12(b)(6).

/ / /

/ / /

/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22747050.1

2

CASE NO. 3:11-CV-02255-LAB-CAB
DEFENDANT CHASE 'S NOTICE OF
MOTION AND MOTION TO DISMISS CLASS ACTION

1  This Motion will be based on this Notice; the Memorandum of Points and Authorities in
2  Support of the Motion; Request for Judicial Notice; Chase's Reply papers; the Court's file in this
3  case; all other matters which may be judicially noticed; and other argument and evidence that
4  may be presented at the hearing.

Dated: October 28, 2011            MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Christina L. Sein
    Christina L. Sein
    Attorneys for Defendant
    CHASE BANK USA, N.A.
    E-mail: csein@morganlewis.com

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22747050.1

3

CASE NO. 3:11-CV-02255-LAB-CAB
DEFENDANT CHASE 'S NOTICE OF
MOTION AND MOTION TO DISMISS CLASS ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on **October 28, 2011**, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Southern District by using the CM/ECF system. I certify that all participants are registered CM/ECF users and that service was accomplished by the CM/ECF system.

/s/ Christina L. Sein
Christina L. Sein
Attorneys for Defendant
CHASE BANK USA, N.A.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 3:11-CV-02255-LAB-CAB
CERTIFICATE OF SERVICE

DB2/ 22747050.1